UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MEEEL, INC.; VLADISLAV A. MOKSHIN; and PW FUNDING II LLC, <br><br> Defendants. | C19-1857 TSZ <br><br> **ORDER** |

Plaintiff's Motion for Order Allowing Deposit of Funds Into Court Registry, docket no. 18, is GRANTED, and Plaintiff may deposit, pursuant to 28 U.S.C. § 1335(a)(2), into the Registry of this Court, as a "Disputed Ownership Fund," within the meaning of 26 C.F.R. § 1.468B-9, the amount of $33,310.95, which Plaintiff represents is the entire sum in dispute in this interpleader action.

IT IS SO ORDERED.

DATED this 9th day of March, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 1

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600