UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PW FUNDING II LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEEEL, INC.; and VLADISLAV A. MOKSHIN, <br><br> Defendants. | C19-1857 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This interpleader action was commenced by Wells Fargo Bank, N.A., which was dismissed as plaintiff, upon completion of the first stage of the case, by Order entered December 18, 2020, docket no. 36. For purposes of the second stage of this interpleader matter, the parties are realigned as follows: PW Funding II LLC will be treated as plaintiff, and Meeel, Inc. and Vladislav A. Mokshin, against whom default has already been entered, *see* Order (docket no. 35); Minute Order (docket no. 29), will remain defendants.

(2) Having reviewed the status report submitted by PW Funding II LLC, docket no. 38, indicating that attempts to solicit defendants' participation in case scheduling efforts were unsuccessful, the Court DIRECTS as follows. A two-to-three-day bench trial is SET for January 24, 2022. A separate scheduling order will be entered. Notwithstanding the deadlines set forth in such order, plaintiff shall file, within twenty-eight (28) days of the date of this Minute Order, either a dispositive motion, noted for the fourth Friday after filing, or a status report indicating why a dispositive motion could not be timely filed. Initial disclosures shall be served by March 16, 2021.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2021.

                    William M. McCool
                    Clerk

                    s/Gail Glass
                    Deputy Clerk

MINUTE ORDER - 2